No. 1, Misc. YANCY *v.* CALIFORNIA ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer* and *Don G. Kircher,* Deputy Attorneys General, for respondents.

No. 63, Misc. MILTON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Ray Sandstrom* for petitioner. *Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 337, Misc. REAMER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *T. Eugene Thompson* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 101, Misc. BROWDER *v.* WASHINGTON. . Motion of *Daniel J. Riviera* for leave to withdraw his appearance as counsel for petitioner granted. Petition for writ of certiorari to the Supreme Court of Washington denied. *James E. Kennedy* for respondent.

No. 473, Misc. HILL *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se.* *Charles T. Matthews* for respondent.